# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|                                      |     |                                  |
|--------------------------------------|-----|----------------------------------|
| **RICHARD G. CONVERTINO,**           | )   |                                  |
|                                      | )   |                                  |
| **Plaintiff,**                       | )   |                                  |
|                                      | )   |                                  |
| **v.**                               | )   | **Civil Action Number 04-0236 (RCL)** |
|                                      | )   |                                  |
| **UNITED STATES DEPARTMENT**         | )   |                                  |
| **OF JUSTICE, et al.,**              | )   |                                  |
|                                      | )   |                                  |
| **Defendants.**                      | )   |                                  |

_____

## ORDER

Having considered Defendants' Partial Motion [15] to Dismiss, the opposition thereto, the reply, and the record herein, the Court finds defendants' Motion to be well-taken. Defendants' Partial Motion to Dismiss, accordingly, is GRANTED for the reasons stated in an accompanying memorandum opinion, and the claims raised in Count I of plaintiff's Complaint are hereby dismissed for lack of subject-matter jurisdiction.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 19, 2005.