IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD CONVERTINO, )
)
Plaintiff, )
)
v. ) Civil Action No. 04-00236 (RCL)
)
U.S. DEPARTMENT OF JUSTICE, et al. )
)
Defendants. )

**EXHIBIT TO DEFENDANTS' BILL OF COSTS**

**EXHIBIT**                                                                                                     **Number**

Itemization of Deposition Transcript Costs and Supporting Invoices. . . . . . . . . . . . . . . . . . . . . . . 1

# EXHIBIT 1
Itemization of Deposition Transcript Costs
and Supporting Invoices

# Convertino v. DOJ
## Civ No. 04-00236 (RCL)
# Itemization Documentation

| Deponent | Invoice Date | Invoice Number | Necessary Costs | Record Citations |
|---|---|---|---|---|
| Jeffery, Taylor | 6/17/2009 | 20996 | $271.40 | DEF MSJ - DA 92 [Dkt 176-12] |
| Grohovsky, Julie | 6/17/2009 | 20994 | $185.85 | Deposition Noticed by Plaintiff |
| Ashenfelter, David | 12/18/2008 | 401454 | $151.75 | DEF MSJ - DA 1 [Dkt 176-4] |
| Ashenfelter, David | 4/28/2009 | 413603 | $214.60 | DEF MSJ - DA 6 [Dkt 176-5] |
| Sauget, William; Bruni, Ana | 5/5/2009 | 414076 | $713.30 | DEF MSJ - DA 67 [Dkt 176-10]<br>DEF MSJ - DA 13 [Dkt 176-6] |
| Straus, Eric | 5/5/2009 | 414081 | $559.50 | DEF MSJ - DA 81 [Dkt 176-11] |
| Tukel, Jonathan | 5/8/2009 | 414627 | $1,068.50 | DEF MSJ - DA 96 [Dkt 176-13] |
| Gershel, Alan; Collins, Jeffery | 5/9/2009 | 414763 | $731.60 | DEF MSJ - DA 62 [Dkt 176-9]<br>DEF MSJ - DA 18 [Dkt 176-7] |

# Convertino v. DOJ
## Civ No. 04-00236 (RCL)
# Itemization Documentation

| Deponent | Invoice Date | Invoice Number | Necessary Costs | Record Citations |
|---|---|---|---|---|
| Balaya, Gina | 5/29/2009 | 417027 | $251.60 | PL SOMF [Filed Under Seal] |
| Sheiner, Gerald | 5/13/2009 | 448084 | $929.88 | DEF MSJ - DA 350 [Filed Under Seal] |
| Convertino, Richard (Video) | 5/14/2009 | 279959 | $1,225.00 | DEF MSJ - DA 30 [Dkt 176-8]<br>DEF REPLY - EX A [Dkt 193-1] |
| Convertino, Richard | 5/6/2009 | 279093 | $1,250.25 | DEF MSJ - DA 30 [Dkt 176-8]<br>DEF REPLY - EX A [Dkt 193-1] |
| | | ***TOTAL:*** | $7,553.23 | |

**I N V O I C E**

| **Invoice No.** | **Invoice Date** | **Job No.** |
|---|---|---|
| 20996 | 6/17/2009 | 18818 |
| **Job Date** | **Case No.** ||
| 5/1/2009 | CIVIL ACTION NO. 04-00236 (RCL) ||
| **Case Name** |||
| CONVERTINO V. DOJ |||
| **Payment Terms** |||
| Payable upon receipt |||

**NEAL R. GROSS & CO., INC.**
1323 RHODE ISLAND AVE., NW   www.nealrgross.com
WASHINGTON, DC 20005-3701   TIN#:
202.234.4433 fax 202.387.7330   DUNS#:
EFT payment to Eagle Bank, ABA No.

SCOTT RISNER, ESQ.
DOJ/CIV/FPB - CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
20 MASSACHUSETTS AVE., NW
WASHINGTON DC  20530

DEPOSITION:
    JEFFREY TAYLOR - OPEN      144.55
        Official Transcript
DEPOSITION:
    JEFFREY TAYLOR - CLOSED      126.85
        Official Transcript

Held in Washington, DC

Open Portion:  49 pages @ $2.95 per page = $144.55
Closed Portion:  43 pages @ $2.95 per page = $126.85

**TOTAL DUE  >>>     $271.40**

(-) Payments/Credits:     271.40
(+) Finance Charges/Debits:     0.00
(=) New Balance:     0.00

**Tax ID:**

*Please detach bottom portion and return with payment.*

SCOTT RISNER, ESQ.
DOJ/CIV/FPB - CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
20 MASSACHUSETTS AVE., NW
WASHINGTON DC  20530

Job No.     : 18818           BU ID     : IN
Case No.    : CIVIL ACTION NO. 04-00236 (RCL)
Case Name   : CONVERTINO V. DOJ

Invoice No. : 20996         Invoice Date  : 6/17/2009
**Total Due  : $0.00**

Remit To:   **NEAL R. GROSS & CO., INC.
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., NW
WASHINGTON DC  20005-3701**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**NEAL R. GROSS & CO., INC.**
1323 RHODE ISLAND AVE., NW   www.nealrgross.com
WASHINGTON, DC 20005-3701   TIN#:
202.234.4433 fax 202.387.7330   DUNS#:
EFT payment to Eagle Bank, ABA No.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20994 | 6/17/2009 | 19028 |
| Job Date | Case No. | |
| 5/13/2009 | CIVIL ACTION NO. 04-00236 (RCL) | |
| Case Name | | |
| CONVERTINO V. DOJ | | |
| Payment Terms | | |
| Payable upon receipt | | |

SCOTT RISNER, ESQ.
DOJ/CIV/FPB - CIVIL DIVISION, FEDERAL PROGRAMS
BRANCH
20 MASSACHUSETTS AVE., NW
WASHINGTON DC 20530

DEPOSITION:
    JULIE GROHOVSKY     185.85
        Official Transcript

TOTAL DUE >>>    $185.85

Held in Washington, DC

(-) Payments/Credits:    185.85
(+) Finance Charges/Debits:    0.00
(=) New Balance:    0.00

**Tax ID:**

*Please detach bottom portion and return with payment.*

SCOTT RISNER, ESQ.
DOJ/CIV/FPB - CIVIL DIVISION, FEDERAL
PROGRAMS BRANCH
20 MASSACHUSETTS AVE., NW
WASHINGTON DC 20530

Job No.    : 19028    BU ID    : IN
Case No.    : CIVIL ACTION NO. 04-00236 (RCL)
Case Name    : CONVERTINO V. DOJ

Invoice No.    : 20994    Invoice Date    : 6/17/2009
**Total Due**    : **$0.00**

Remit To:    **NEAL R. GROSS & CO., INC.**
             **COURT REPORTERS AND TRANSCRIBERS**
             **1323 RHODE ISLAND AVE., NW**
             **WASHINGTON DC 20005-3701**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 081208DLD
Job Date: 12/08/2008
Order Date: 12/08/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 401454
Inv.Date: 12/18/2008
Balance: $0.00

**Bill To:**
Mr. Scott A. Risner
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: DLD
Cert: 6110

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | David Ashenfelter | Copy | Pages | 43 | $138.25 |
| 2 | | Exhibits | Item | 45.00 | $13.50 |

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $151.75 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $151.75 |
| Payment | $151.75 |
| **Balance Due** | $0.00 |

Federal Tax I.D.: ███
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Scott A. Risner
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Scott A. Risner
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Invoice**

Invoice #: 401454
Inv.Date: 12/18/2008
Balance: $0.00
Job #: 081208DLD
Job Date: 12/08/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 090421VKN
Job Date: 04/21/2009
Order Date: 04/21/2009
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client:

## Invoice

Invoice #: 413603
Inv.Date: 04/28/2009
Balance: $0.00

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | David Ashenfelter, Vol. II | Copy incl. e-trans | Pages | 69 | $212.50 |
| 2 | | Exhibits | Item | 7.00 | $2.10 |

**Comments:**

Offices in:  Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $214.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$214.60** |
| Payment | $214.60 |
| **Balance Due** | **$0.00** |

Federal Tax I.D.: ▮▮▮▮▮▮▮▮

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice

Invoice #: 413603
Inv.Date: 04/28/2009
Balance: $0.00
Job #: 090421VKN
Job Date: 04/21/2009
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 090422VKN
Job Date: 04/22/2009
Order Date: 04/22/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 414076
Inv.Date: 05/05/2009
Balance: $0.00

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | William Sauget | Orig. & 1 Copy incl. e-trans & ascii | Pages | 84 | $329.00 |
| 2 | Ana Bruni | Orig. & 1 Copy incl. e-trans & ascii | Pages | 95 | $367.50 |
| 3 | | Exhibits | Item | 56.00 | $16.80 |

**Comments:**

Offices in:  Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $713.30 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$713.30** |
| Payment | $713.30 |
| Balance Due | $0.00 |

Federal Tax I.D.: ████

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice

**Invoice #:** 414076
**Inv.Date:** 05/05/2009
**Balance:** $0.00
Job #: 090422VKN
Job Date: 04/22/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 090421VKN
Job Date: 04/21/2009
Order Date: 04/21/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 414081
Inv.Date: 05/05/2009
Balance: $0.00

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Eric Straus | Orig. & 1 Copy incl. e-trans | Pages | 148 | $558.00 |
| 2 | | Exhibits | Item | 5.00 | $1.50 |

**Comments:**

Offices in:  Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $559.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $559.50 |
| Payment | $559.50 |
| Balance Due | $0.00 |

Federal Tax I.D.: ███

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice

Invoice #: 414081
Inv.Date: 05/05/2009
Balance: $0.00
Job #: 090421VKN
Job Date: 04/21/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888 Fax: 248.644.1120
www.bienenstock.com

Job #: 090424VKN
Job Date: 04/24/2009
Order Date: 04/24/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 414627
Inv.Date: 05/08/2009
Balance: $0.00

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Jonathan Tukel | Orig. & 1 Copy incl. e-trans | Pages | 290 | $1,055.00 |
| 2 | | Exhibits | Item | 45.00 | $13.50 |

**Comments:**

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $1,068.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$1,068.50** |
| Payment | $1,068.50 |
| Balance Due | $0.00 |

Federal Tax I.D.: ▮
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888 Fax: 248.644.1120
www.bienenstock.com

Invoice #: 414627
Inv.Date: 05/08/2009
Balance: $0.00
Job #: 090424VKN
Job Date: 04/24/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 090423VKN
Job Date: 04/23/2009
Order Date: 04/23/2009
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

## Invoice

Invoice #: 414763
Inv.Date: 05/09/2009
Balance: $0.00

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Alan Gershel | Orig. & 1 Copy incl. e-trans | Pages | 62 | $257.00 |
| 2 | Jeffrey Collins | Orig. & 1 Copy incl. e-trans | Pages | 122 | $447.00 |
| 3 | | Exhibits | Item | 92.00 | $27.60 |

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Federal Tax I.D.: ■
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $731.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $731.60 |
| Payment | $731.60 |
| **Balance Due** | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice

Invoice #: 414763
Inv.Date: 05/09/2009
Balance: $0.00
Job #: 090423VKN
Job Date: 04/23/2009
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 090514VKN
Job Date: 05/14/2009
Order Date: 05/14/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 417027
Inv.Date: 05/29/2009
Balance: $0.00

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: VKN
Cert: 4320

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Gina Balaya | Orig. & 1 Copy incl. e-trans & ascii | Pages | 56 | $251.00 |
| 2 | | Exhibits | Item | 2.00 | $0.60 |

**Comments:**

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $251.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $251.60 |
| Payment | $251.60 |
| **Balance Due** | $0.00 |

Federal Tax I.D.: ███████

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Jonathan E. Zimmerman
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice

Invoice #: 417027
Inv.Date: 05/29/2009
Balance: $0.00
Job #: 090514VKN
Job Date: 05/14/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 100430HB
Job Date: 04/30/2010
Order Date: 04/30/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 448084
Inv.Date: 05/13/2010
Balance: $0.00

**Bill To:**
Mr. Scott A. Risner
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

Action: Convertino, Richard G.
vs
U.S. Department of Justice, et al
Action #: 04-CV-00236
Rep: HB
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $185.00 |
| 2 | Gerald A. Shiener, M.D. | Original | Pages | 183 | $640.50 |
| 3 | Gerald A. Shiener, M.D. | E-mail of e-trans | Item | 1.00 | $20.00 |
| 4 | Gerald A. Shiener, M.D. | Postage-UPS | Item | 1.00 | $21.98 |
| 5 | | Document Imaging | Per unit | 1.00 | $62.40 |

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $929.88 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$929.88** |
| Payment | $929.88 |
| **Balance Due** | **$0.00** |

Federal Tax I.D.: ███████
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Scott A. Risner
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

**Deliver To:**
Mr. Scott A. Risner
U.S Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

## Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 448084
Inv.Date: 05/13/2010
Balance: $0.00
Job #: 100430HB
Job Date: 04/30/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 279959 | 05/14/2009 | 06-154369 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/30/2009 | FORMSC | 04-00236 (RCL |

| CASE CAPTION |
|---|
| Convertino -v- U.S. Department of Justice, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jeffrey M. Smith, Esquire
U.S. Department of Justice - Civil Division
20 Massachusetts Avenue, N.W.
Federal Programs Branch
Washington, DC 20001

```
Videography Services for the Depo of:
    Richard G. Convertino
         Two-hour minimum                                            350.00
         Subsequent Video Hours          7.00 Hours                   875.00
                                                                 _____
                               TOTAL   DUE   >>>>               1,225.00

                         AFTER 07/13/2009 PAY               1,347.50

For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)
```

**TAX ID NO. :**                                                      (202) 514-1318

*Please detach bottom portion and return with payment.*

Jeffrey M. Smith, Esquire
U.S. Department of Justice - Civil Division
20 Massachusetts Avenue, N.W.
Federal Programs Branch
Washington, DC 20001

```
Invoice No.:  279959
Date       :  05/14/2009
TOTAL DUE  :    1,225.00
AFTER 7/13/2009 PAY : 1,347.50


Job No.    :  06-154369
Case No.   :  04-00236 (RCL)
Convertino -v- U.S. Department of Ju
```

Remit To:    **LegaLink, Inc.**
             **16824 Collections Center Drive**
             **Chicago, IL 60693**

| | | |
|---|---|---|
| Merrill LAD | **I N V O I C E** | |
| 7654 Standish Place | | |
| Rockville, MD 20855 | | |
| (301) 762-8282   Fax  (301) 762-0606 | | |

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 279093 | 05/06/2009 | 01-154367 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/30/2009 | BURSLE | 04-00236 (RCL |
| **CASE CAPTION** | | |
| Convertino -v- U.S. Department of Justice, et al | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Jeffrey M. Smith, Esquire
U.S. Department of Justice - Civil Division
20 Massachusetts Avenue, N.W.
Federal Programs Branch
Washington, DC 20001

```
ORIGINAL TRANSCRIPT & INDEX OF:
    Richard G. Convertino              305 Pages           1,235.25
         Shipping & Handling                                  15.00

                                  TOTAL   DUE  >>>>       1,250.25

                            AFTER 07/05/2009 PAY           1,375.28

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**                                                                                (202) 514-1318

*Please detach bottom portion and return with payment.*

Jeffrey M. Smith, Esquire
U.S. Department of Justice - Civil Division
20 Massachusetts Avenue, N.W.
Federal Programs Branch
Washington, DC 20001

```
Invoice No.:  279093
Date       :  05/06/2009
TOTAL DUE  :  1,250.25
AFTER 7/5/2009 PAY : 1,375.28


Job No.    :  01-154367
Case No.   :  04-00236 (RCL)
Convertino -v- U.S. Department of Ju
```

Remit To:    **LegaLink, Inc.**
             **16824 Collections Center Drive**
             **Chicago, IL 60693**

# Zimmerman, Jonathan (CIV)

**From:** Popa, Marian [Marian.Popa@merrillcorp.com]
**Sent:** Wednesday, April 06, 2011 2:46 PM
**To:** Zimmerman, Jonathan (CIV)
**Subject:** RE: INVOICES: Convertino -v- U.S. Department of Justice, et al

Invoice 279093 was PAID in full on 03/30/10 w/Check No 417297529
Invoice 279959 was PAID in full on 07/29/09 w/Check No 38632609


**Marian Popa**
Billing Department

**Merrill LAD**
7654 Standish Place
Rockville, MD 20855
**301-762-8282 tel**
**301-294-6420 fax**

---

**From:** Popa, Marian
**Sent:** Tuesday, April 05, 2011 11:44 AM
**To:** 'jonathan.zimmerman@usdoj.gov'
**Subject:** INVOICES: Convertino -v- U.S. Department of Justice, et al

Attached are the invoices for court reporting and legal videography for the deposition of Richard Convertino
Thank you

**Marian Popa**
Billing Department

**Merrill LAD**
7654 Standish Place
Rockville, MD 20855
**301-762-8282 tel**
**301-294-6420 fax**

1