**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **RICHARD G. CONVERTINO,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-236 (RCL) |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*, | ) | |
| Defendant. | ) | |

## ORDER

The Plaintiff shall, within thirty (30) days of today's date, and each 90 days thereafter, provide a status report to the Court.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on November 13, 2012.